# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAN NGOC DINH,<br><br>　　　　　　Plaintiff,<br>　　vs.<br>STATE OF CALIFORNIA and DOES 1-15, inclusive,<br><br>　　　　　　Defendants. | Case No. 1:21-cv-01627-DAD-SKO<br><br>*Honorable Dale A. Drozd*<br><br>**ORDER GRANTING STIPULATION FOR LEAVE FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT**<br><br>**(Doc. 10)** |

The Court is in receipt of the parties' Stipulation for Leave for Plaintiff to File First Amended Complaint. (Doc. 10) In accordance with the parties' Stipulation and good cause appearing, it is ordered as follows:

1. Plaintiff is granted leave to file his First Amended Complaint no later than two weeks after the filing of this order.
2. Defendants' response to Plaintiff's First Amended Complaint shall be served and filed no later than thirty (30) days after service.

3. All days currently scheduled in this matter, including the trial date (*see* Doc. 9), are not affected by this order.

IT IS SO ORDERED.

Dated:  **March 15, 2022**                             /s/ *Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE