UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAN NGOC DINH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA by and through the CALIFORNIA HIGHWAY PATROL, et al.,<br><br>　　　　Defendants. | No.  1:21-cv-01627-ADA-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 27) |

On January 24, 2023, the parties filed a joint stipulation dismissing the action with prejudice.  (Doc. 27.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **January 24, 2023**　　　　　　　　/s/ *Sheila K. Oberto*　　　　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE